IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | | |
|---|---|---|
| ISIDRO MIGUEL DELACRUZ, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL NO. 6:24-CV-00013-H |
| | § | * DEATH PENALTY CASE * |
| ERIC GUERRERO, Director, | § | |
| Texas Department of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
| Respondent. | § | |

## RESPONDENT'S NOTICE OF APPEAL

Notice is hereby given that Director Eric Guerrero, Respondent in the above-named cause, appeals to the United States Court of Appeals for the Fifth Circuit from this Court's June 6, 2025, Order granting Petitioner's motion to compel the Texas Department of Criminal Justice to ensure Petitioner is free from restraints during expert evaluation. ECF No. 22.

        Respectfully submitted,

        KEN PAXTON
        Attorney General of Texas

        BRENT WEBSTER
        First Assistant Attorney General

        JOSH RENO
        Deputy Attorney General
        For Criminal Justice

        TOMEE M. HEINING
        Chief, Criminal Appeals Division

|  |  |
|---|---|
| *Lead Counsel | /s/ Katie Abell |
|  | KATIE ABELL* |
|  | Assistant Attorney General |
|  | State Bar No. 24101343 |
|  |  |
|  | P.O. Box 12548, Capitol Station |
|  | Austin, Texas 78711 |
|  | Katie.abell@oag.texas.gov |
|  | Phone: (512) 463-2146 |
|  | Fax: (512) 936-1280 |
|  |  |
|  | ATTORNEYS FOR RESPONDENT |

## CERTIFICATE OF SERVICE

I do hereby certify that on June 8, 2025, a true and correct copy of the foregoing pleading was electronically served to the following counsel of record for Delacruz by filing the document with the Clerk of the Court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the Court.

Jason D. Hawkins
Federal Public Defender

Kathryn Wood Hutchison
Assistant Federal Public Defender
Northern District of Texas
214-767-2746
Katy_hutchinson@fd.org

Office of the Federal Public Defender
525 S. Griffin St., Ste 629
Dallas, TX 75202

/s/ Katie Abell
KATIE ABELL
Assistant Attorney General